# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

SAMMY BURGOS                                CIVIL 17-6121(PGS)
    Plaintiff,

v.                                          O R D E R

RESURGENT CAPITAL SERVICES, L.P., et al
    Defendants.


    A Notice of Call for Dismissal was filed on August 24, 2018, (ECF No.18 ) pursuant to L.Civ.R.41.1(a).

    It is on this 4th day of September, 2018;

    ORDERED that the above captioned action is dismissed in accordance with L.Civ.R.41.1(a) and the inherent authority of this Court to manage its docket.

_____
PETER G. SHERIDAN, U.S.D.J.

RECEIVED

SEP 0 5 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK